UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/10
```

ANDREW VAN ETTEN, on behalf of himself and all others similarly situated,

                         Plaintiff,

-v-

MITSUI & COMPANY (U.S.A.), INC., *et al.*,

                         Defendants.

No. 09 Civ. 1071 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of a letter from Defendants dated April 30, 2010, requesting that the Court schedule a pre-motion conference to discuss their anticipated motion for summary judgment. Pursuant to Section 2.A of my individual practices, Plaintiff shall submit a responsive letter by May 5, 2010. The parties shall thereafter appear for a pre-motion conference on May 14, 2010, at 11:00 a.m. Prior to the pre-motion conference, the parties shall meet and confer to discuss settlement for a period of at least one hour.

SO ORDERED.

DATED:     April 30, 2010
              New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE