UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/10
```

ANDREW VAN ETTEN, on behalf of himself and all others similarly situated,

Plaintiff,

-v-

MITSUI & COMPANY (U.S.A.), INC., *et al.*,

Defendants.

No. 09 Civ. 1071 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The parties appeared before the Court for a status conference on May 17, 2010. As stated on the record, IT IS HEREBY ORDERED that the parties shall submit a joint status letter not later than July 7, 2010, indicating whether they have agreed to settle this case. In the event that the parties have not reached a settlement, the letter shall propose a briefing schedule for Defendants' contemplated motion for summary judgment.

SO ORDERED.

DATED:   May 17, 2010
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE