**MEMO ENDORSED**

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

**Kenneth P. Thompson**
kthompson@twglaw.com

July 27, 2010



RECEIVED
JUL 28 2010
CHAMBERS OF
RICHARD J. SULLIVAN
U.S.D.J.

**VIA US MAIL**

The Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

   Re: <u>Van Etten v. Mitsui & Co (U.S.A.), Inc. 09-Civ-1071 (RJS)</u>

Dear Judge Sullivan:

As Your Honor is aware, we represent Plaintiff Andrew Van Etten in the above-referenced matter. Pursuant to Local Civil Rule 1.4, we write to respectfully request the Court to issue an order directing that <u>Renan F. Varghese, Esq. be withdrawn as an attorney of record for Plaintiff</u>. Renan F. Varghese, Esq. is no longer associated with Thompson Wigdor & Gilly LLP, counsel for Plaintiff, and will not continue his representation of Plaintiff in this matter. Given the continued representation of Plaintiff by TWG, this withdrawal will not affect the posture of the case.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

Kenneth P. Thompson

cc: Michael A. Curley, Esq.
  Edward Cerasia II, Esq.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 7/28/10

SO ORDERED.
Dated: 7/28/10

RICHARD J. SULLIVAN
U.S.D.J.